IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERT HADDIX, JR. | § | |
| v. | § | CIVIL ACTION NO. 9:04cv144 |
| STATE OF TEXAS, ET AL. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains findings, conclusions, and a recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the above-styled lawsuit be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff filed written objections to the Report and Recommendation on January 13, 2006.

Having made a *de novo* review of the objections filed by Plaintiff, the Court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct and the objections are without merit. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the above-styled lawsuit is hereby **DISMISSED** with prejudice.  28 U.S.C. § 1915(e)(2).

All motions not previously ruled on are **DENIED**.

**SIGNED** this the 24 day of **January, 2006.**

_____
Thad Heartfield
United States District Judge